# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

0118 9932

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-201 | MAGIS. NO: |
| V.<br>ROBERTO MONCALVO | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>Roberto Moncalvo | **FILED**<br>AUG 1 5 2006<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |
| DOB:   PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: **INDICTMENT** | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

DISTRIBUTION OF 50 GRAMS OR MORE OF COCAINE BASE

**IN VIOLATION OF:**

UNITED STATES CODE TITLE & SECTION:

21:841(a)(1) and 841(b)(1)(A)(iii)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE ROBINSON | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ROBINSON | DATE ISSUED:<br>7/6/06 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK: *[signature]* | DATE:<br>7/6/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 7/6/06 | NAME AND TITLE OF ARRESTING OFFICER<br>Reporting<br>Fitzgerald, Derrick DUSM | SIGNATURE OF ARRESTING OFFICER Reporting<br>*[signature]* | |
|---|---|---|---|
| DATE EXECUTED 8/15/06 | | | |
| HIDTA CASE: Yes ___ No X | | OCDETF CASE: Yes ___ No X | |