IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TRANSMITTAL LETTER TO:

DATE: 8-21-06

U.S. District Court District of Columbia
1834 E. Barrett Prettyman U.S. Court House
333 Constitution Avenue, N.W.
Washington, D.C. 20001-2802

USA vs Roberto Montalvo

CASE NO: 06-3366 BPG

YOUR DOCKET NO: 06-201

Enclosed herein please find original/certified copies of the following:

1. ( ) Warrant of Arrest
2. ( ) Complaint
3. (✓) Financial Affidavit
4. (✓) Order appointing Federal Public Defender
5. ( ) CJA - Appointment of Counsel under CJA
6. ( ) Order setting bail
7. ( ) Appearance Bond
8. ( ) Release Order (three pages)
9. ( ) Report of Proceedings Before U. S. Magistrate
10. ( ) Appearance line of Counsel
11. (✓) Waiver of Preliminary Hearing
12. (✓) Waiver of Identity/Removal Hearing
13. (✓) Detention Order
14. (✓) Commitment to Another District (AO 94)
15. ( ) Order directing defendant to appear in your district when notified
16. ( ) Copy of Docket Entries from this District
17. ( ) Other :

FILED
AUG 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Please acknowledge receipt of the above documents on the enclosed copy of this transmittal letter and return same to this office.

Return to:

United States District Court
Attn: Stephen Davis, Clerks Office
101 W. Lombard Street
Room 4228
Baltimore, MD 21201

By:_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

vs.                               *          Case No. 06-3366BPG

ROBERTO MONTALVO                  *

*******

### ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above named Defendant having been found to be indigent and entitled to appointment of counsel under the Criminal Justice Act, and the government having proffered that they know of no conflict precluding appointment of the Public Defender,

IT IS ORDERED this 10th day of August 2006, that the Federal Public Defender for the District of Maryland is appointed to represent the above named Defendant.

BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

I hereby attest and certify on 8-21-06
that the foregoing document is a full, true and correct
copy of the original on file in my office and in my
legal custody.
FELICIA C. CANNON
CLERK, U. S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy

C/d
8-10-06
$70

U.S. District Court (4/2000) Criminal Magistrate Forms: Counsel 503

(3)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA  *

vs.  *   Case No.   06-3366BPG

ROBERTO MONTALVO  *

\*\*\*\*\*\*

### WAIVER OF RULE 5(c)(3) HEARINGS
(Formerly Rule 40 Hearings)

I understand that in the _____ District of __D.C.__, charges are pending alleging violation of __21 USC 841(a)(1)__ and that I have been arrested in this District and taken before a United States Magistrate Judge who informed me of the charge and of my right to:

1. retain counsel or request the appointment of counsel if I am unable to retain counsel;
2. an identity hearing to determine if I am the person named in the charge;

*check one only*

[✓] **ALL CASES EXCEPT PROBATION AND SUPERVISED RELEASE CASES**

3. a preliminary hearing (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution; and
4. request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty.

[ ] **PROBATION OR SUPERVISED RELEASE CASES**

3. a preliminary hearing (if the violation charged allegedly occurred in this district, and I am held in custody solely on that charge) to determine whether there is probable cause to believe I have violated the terms of my probation/supervised release; and
4. a hearing under Rule 46(d), Fed. R. Crim. P., in which I have the burden of establishing my eligibility for release.

I HEREBY WAIVE MY RIGHT TO:

[✓] an identity hearing
[✓] a preliminary hearing
[ ] an identity hearing and have been informed I have no right to a preliminary hearing
[ ] an identity hearing but request a preliminary hearing be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

Date __8/10/06__    _____ Defendant

By _____    _____ Defense Counsel

I hereby attest and certify on __8-21-06__ that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
By _____ Deputy

U.S. District Court - Criminal Magistrate Forms: Removal Hearing 302 (Rev. 4/16/2003)

c/c
8-10-06
JO

(4)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

vs.                               *        Case No.   06-3366BPG

ROBERTO MONTALVO                  *

\*\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _Joseph Evans, AFPD_, and the Government was represented by Assistant United States Attorney _Harry Gruber_, it is

ORDERED, this _10th_ day of _August_ _2006_, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

I hereby attest and certify on 8-21-06 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U. S. DISTRICT COURT
DISTRICT OF MARYLAND

By _S. Oons_ Deputy

U.S. District Court (4/2000) Criminal Magistrate Forms: Detention 102

c/c
8-10-06
SJo

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA                *

vs.                                     *       Case No.   06-3366BPG

ROBERTO MONTALVO                        *

*******

## ORDER OF COMMITMENT TO ANOTHER DISTRICT

**DOCKET NUMBER:**
District of arrest: 06-3366BPG
District of offense: 06-201

**MAGISTRATE JUDGE CASE NUMBER:**
District of arrest: 06-3366BPG
District of offense:

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON A/AN:**

☑ Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of    21    U.S.C. §  841(a)(1)

**DISTRICT OF OFFENSE:** District of Columbia

**DESCRIPTION OF CHARGES:** Distribution of Cocaine Base

**CURRENT BOND STATUS:**

☐ Bail fixed at $_____ and conditions were not met

☐ Government moved for detention and defendant detained after hearing in District of Arrest

☑ Government moved for detention and defendant detained pending detention hearing in District of Offense

☐ Other (specify)

**REPRESENTATION:**

☐ Retained Own Counsel   ☑ Federal Defender Organization   ☐ CJA Attorney   ☐ None

Interpreter Required?   ☐ Yes   Language: _____   ☑ No

U.S. District Court (4/2000) Criminal Magistrate Forms: Removal Hearing 301                Page 1 of 2

c/d
8-10-06
STO

⑥

DISTRICT OF _Maryland_

TO THE UNITED STATES MARSHAL:

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

_____
BETH P. GESNER
UNITED STATES MAGISTRATE JUDGE

This commitment was received and executed as follows:

_____      _____
Date Commitment Order Received          Place of Commitment

_____
Date Defendant Committed

                                        UNITED STATES MARSHAL

_____      _____
Date                                    BY: Deputy Marshal

I hereby attest and certify on 8-21-06 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
FELICIA C. CANNON
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By _____ Deputy

U.S. District Court (4/2000) Criminal Magistrate Forms: Removal Hearing 301                    Page 2 of 2