UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO.  06-201 (GK) |
| | : | |
| v. | : | |
| | : | |
| ROBERTO MONTALVO, | : | |
| also known as Roberto Moncalvo, | : | |
| also known as Roberto Montcalvo. | : | |

GOVERNMENT'S MOTION TO MODIFY HOW  DEFENDANT'S
NAME APPEARS IN THE COURT DOCKETING SYSTEM

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to modify how defendant's name appears in the Court Docketing System.  As grounds for this motion, the Government asserts as follows:

1. On July 6, 2006, the Government filed an indictment against defendant Roberto Moncalvo, charging him with one count of Unlawful Distribution of 50 Grams or More of Cocaine Base, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iii).

2. On August 15, 2006, defendant Roberto Moncalvo appeared in magistrate court and was arraigned on the single-count indictment.  During the proceedings, counsel for defendant Roberto Moncalvo notified the government that his name was incorrectly spelled on the indictment, and explained that his name was correctly spelled "Roberto Montalvo."

3. On August 17, 2006, the grand jury returned a Superseding Indictment, in which they amended defendant's name to read as "Robert Montalvo, also known as Roberto Moncalvo, also known as Roberto Montcalvo."

4.      On or about August 18, 2006, undersigned counsel received a call from a docketing clerk, alerting her that a court order was required to change how defendant's name was reflected in the Court Docketing System.  Accordingly, the government now moves for such an order.

WHEREFORE, for the reasons stated above, the United States respectfully requests that this Honorable Court grant the government's motion to modify how defendant's name appears in the Court Docketing System.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney


_____/s/_____
Denise M. Clark
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, N.W.  #4840
Washington, DC 20530
Phone: 353-8213
Fax: 353-9414

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I caused a copy of the foregoing to be electronically served upon the attorney for the defendant, Carlos Vanegas, this 25th day of August 2006.

                                                 /s/_____
                                              Denise M. Clark
                                              Assistant United States Attorney