UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-201 (GK) |
| | : | |
| v. | : | **FILED** |
| | : | |
| ROBERTO MONTALVO, | : | AUG 2 5 2006 |
| also known as Roberto Moncalvo, | : | |
| also known as Roberto Montcalvo. | : | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

## ORDER

Upon consideration of the Government's Motion to Modify How Defendant's Name Appears in the Court Docketing System, and the record herein, it is this _25th_ day of _August_, 2006, hereby

ORDERED, that the Government's Motion be Granted.

_____
UNITED STATES DISTRICT JUDGE

copies to:

Denise M. Clark
Assistant U.S. Attorney
Federal Major Crime Section, Rm 4840
555 4th Street, N.W.
Washington, D.C. 20530

Carlos Vanegas
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20001

