## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Vs. ) | Criminal No: 06 – 201(GK) |
| ) | Status: August 30, 2006 |
| ROBERTO MONCALVO ) | Trial: TBA |
| ) | |
| Defendant. ) | |
| _____) | |

### NOTICE OF APPEARANCE/SUBSTITUTION OF COUNSEL

THE CLERK OF THE COURT will please enter the appearance of John O. Iweanoge, Jr., and THE IWEANOGES FIRM, P.C. as attorneys for the Defendant, ROBERTO MONCALVO, and substitute the appearance of Carlos J. Vanegas, Esquire and FEDERAL PUBLIC DEFENDER.

THE IWEANOGES FIRM, P.C.

By: __/s/JohnOIweanoge/s/_____         Roberto Moncalvo
    John O. Iweanoge, Jr.(DCB# 439913)         By Counsel
    Federal District Building-Suite 600
    1010 Vermont Avenue, NW.
    Washington, DC 20005
    Telephone: (202) 347-7026
    Facsimile: (202) 347-7108
    Email: joi@iweanogesfirm.com
    Attorneys for Defendant

### CERTIFICATE OF SERVICE

I hereby certify this _29th_ day of __August____, 2006, I served a copy of the foregoing documents by ECF/Hand-delivery /facsimile and/or regular mail to:

Denise M. Clark, AUSA            Carlos J. Venagas, Esquire
U.S. Attorneys Office              Federal Public Defender Office
for the District of Columbia   and     625 Indiana Avenue, NW, Suite 550
555 4th Street, N.W.               Washington, DC 20004
Washington, DC 20530

Dated: _28th_ day of _August_, 2006.      __/s/JohnOIweanoge/s/_____
                                                             Of Counsel to Defendant