# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Vs.** | ) | **Criminal No: 06 – 201(GK)** |
| | ) | **Status: August 30, 2006** |
| **ROBERTO MONCALVO** | ) | **Trial: TBA** |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## DEFENDANT ROBERTO MONCALVO'S MOTION
## FOR REVIEW AND MODIFICATION OF BOND PENDING TRIAL

**COMES NOW**, Defendant, Roberto Moncalvo, by and through, John O. Iweanoge, Jr., and THE

IWEANOGES FIRM, P.C., his attorneys hereby moves this Honorable Court pursuant to 18USC

§3142 for release on bond pending trial and states the following in support thereto:

1.  That on August 18, 2006, following arraignment on August 15, 2006 on a one count indictment

    charging unlawful distribution of 50 grams or more of cocaine base, Roberto Moncalvo was

    ordered held without bond by Magistrate Judge Alan Kay.

2.  That he has been employed by Gemstone, LLC for 5 years and is still employed, and his

    employer is willing to put him to work if he is released by the court (See Exhibit 1 attached).

3.  That he and the children are U.S Citizens and not a flight risk and is a fit and proper person

    to be released on a combination of conditions by the court. (See Exhibit 2 attached).

4.  That Mr. Moncalvo is married to Maria Lopez-Moncalvo and they both have four (4) children

    and lots of family in the metro area. (See Exhibit 3 attached).

5.  That pursuant to 18 USC§3142(c), there are combinations of conditions that will reasonably

    assure his presence at future court dates, as well as protect him and the community.

6.  That Mr. Moncalvo has no prior failures to appear in court in any jurisdiction in the United States

    or anywhere else in the world upon information and belief.

7.  That pursuant to 18 USC§3142 (J) the defendant is still presumed innocent until proven guilty

    and the statute is not intended to abridge his rights to bail.

8. That defendant who takes this matter seriously has retained counsel to represent him and is very unlikely to fail to appear or pose a danger to the community, if released on conditions.

9. The defendant if permitted by this court would willingly comply with any curfew or other conditions that the court might deem appropriate, including electronic monitoring.

10. For such other and further relief as nature of Mr. Moncalvos cause requires and in the interest of justice, equity and fairplay pursuant to 18USC§3142.

**WHEREFORE**, the defendant, Mr. Moncalvo, through his attorneys respectfully requests that his motion for bond review and modification be granted.

Respectfully submitted,

THE IWEANOGES FIRM, P.C.

ROBERT MONCALVO_____          By:____/s/JohnOIweanoge/s/_____
Defendant by Counsel                              John O. Iweanoge, Jr.(DCB# 439913)
                                                  Federal District Building-Suite 600
                                                  1010 Vermont Avenue, N.W.,
                                                  Washington, DC 20005
                                                  Phone:  (202) 347-7026
                                                  Fax: (202) 347-7108
                                                  Email:   joi@iweanogesfirm.com
                                                  Attorneys for Defendant

## <u>REQUEST FOR HEARING</u>

The Defendant, Robert Montalvo, through counsel respectfully requests an immediate hearing on this Defendants Motion for bond review and modification pending trial.

Dated:  28th  day of  August   , 2006.          ____/s/JohnOIweanoge/s/_____
                                                  John O. Iweanoge, Jr.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent this _____ day of _____, 2005:

### DEFENDANT ROBERTO MONCALVOS MOTION FOR REVIEW
### AND MODIFICATION OF BOND PENDING TRIAL

_X___ by placing a true copy thereof in a sealed envelope, with postage prepaid, and causing same to be mailed by first class mail to the person at the address below;

____ by causing to be personally delivered a true copy thereof to the person at the address set forth below;

____ by FEDERAL EXPRESS/EXPRESS MAIL to the person at the address set forth below;

____ by telefaxing with acknowledgement of receipt to the person at the address set fortbelow:

____ by e-mail with acknowledgement of receipt to the person at the address set forth below:


Denise M. Black, AUSA
U.S. Attorneys Office
for the District of Columbia
555 4th Street, NW
Washington, DC 20530


_____/s/JohnOIweanoge/s/_____

Dated: _28th___ day of__August___, 2006.                of Counsel to Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Vs.** | ) | **Criminal No: 06 – 201(GK)** |
| | ) | **Status: August 30, 2006** |
| **ROBERTO MONCALVO** | ) | **Trial: TBA** |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

### ORDER

**UPON CONSIDERATION** of Defendant's Motion for review and modification of bond pending

trial, the United States opposition, if any thereto, it is this _____ day of _____ 2006 by the

United States District Court for the District of Columbia hereby;

    **ORDERED** that Defendant's Motion for bond be and same is hereby **GRANTED,** and it is,

    **FURTHER ORDERED** _____

_____

**SO ORDERED.**

_____
Gladys J. Kessler
U.S. District Judge

cc:      John O. Iweanoge, Jr.
          THE IWEANOGES FIRM
          Federal District Building-Suite 600
          1010 Vermont Avenue, N.W.
          Washington, DC 20005

          Denise M. Clark, AUSA
          U.S. Attorneys Office
          for the District of Columbia
          555 4th Street, NW
          Washington, DC 20530