UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 06-201 (GK) |
| | : | |
| ROBERTO MONTALVO, | : | |
| also known as Roberto Moncalvo, | : | |
| also known as Roberto Montcalvo, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

### GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR REVIEW AND MODIFICATION OF BOND PENDING TRIAL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully opposes Defendant's Motion for Review and Modification of Bond Pending Trial. In support of its opposition, the Government relies on the following points and authorities and such points and authorities as may be cited at a hearing on the motion.

1. Defendant, Roberto Montalvo, is charged in a one-count indictment with unlawful distribution of 50 grams or more of cocaine base, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(iii). If convicted of this charge, Defendant Montalvo faces a mandatory minimum term of imprisonment of ten (10) years.

2. On August 18, 2006, after a detention hearing, the Honorable Alan Kay ordered Defendant Montalvo held without bond.

3. Nothing has occurred since August 18, 2006, to undermine Magistrate Judge Kay's ruling. Defendant Montalvo remains charged with an offense that carries a ten-year mandatory minimum term of imprisonment. Moreover, Defendant Montalvo has shown that he is unwilling or

unable to comply with the law while on release. He committed the offense charged in the indictment on November 19, 2004, at a time when he was still on probation in Maryland for possession of drug paraphernalia. That probation began on January 15, 2004. It closed successfully on July 15, 2005, but only because the Government chose not to indict Defendant Montalvo in the instant case until 2006 in order to protect the identity of a civilian witness. Defendant Montalvo also has a 1999 felony conviction for distribution of cocaine.

4. Defendant Montalvo's employment history and family ties do not change this analysis. As an initial matter, much, if not all, of the information set forth in Defendant Montalvo's motion was presented to Magistrate Judge Kay in the Pretrial Services Report.

5. In addition, although Defendant Montalvo maintains that his previous employer would "put him to work if he is released by the court," it is far from clear from his employer's letter that the employer is aware of this criminal case. The letter is addressed "to whom it may concern," not to the Court, and makes no mention of the charges that Defendant Montalvo is facing.

6. Furthermore, Defendant Montalvo's assertion that he and his wife have "four (4) children and lots of family in the metro area" is not entirely borne out by the evidence. The birth certificates attached to Defendant Montalvo's motion show that he is father of only one of the four children. The Pretrial Services report also states that he has one child. Defendant Montalvo has not presented any evidence of other family members in the Metropolitan D.C. area.

WHEREFORE, for the foregoing reasons, the Government respectfully requests that the Court deny Defendant Montalvo's Motion for Review and Modification of Bond Pending Trial.

>Respectfully submitted,
>
>KENNETH L. WAINSTEIN
>United States Attorney
>
>_____/s/_____
>DENISE M. CLARK
>Assistant United States Attorney
>D.C. Bar No. 479149
>555 Fourth Street, N.W. Room 4840
>Washington, D.C. 20530
>(202) 353-8213

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a copy of the foregoing Opposition to Defendant's Motion for Review and Modification of Bond Pending Trial to be served via the Electronic Case Filing system and first class United States Mail, postage prepaid, on counsel for Defendant Roberto Montalvo:

>John O. Iweanoge, Jr., Esquire
>Federal District Building Suite 600
>1010 Vermont Avenue, N.W.
>Washington, D.C. 20005

this first day of September, 2006.

>_____/s/_____
>DENISE M. CLARK