UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Crim. No. 06-201 (GK)** |
| | : | |
| **ROBERTO MONTALVO,** | : | |
| also known as Roberto Moncalvo, | : | |
| also known as Roberto Montcalvo, | : | |
| Defendant. | : | |
| _____ | : | |

### ORDER

Upon consideration of Defendant's Motion for Review and Modification of Bond Pending Trial, the Government's opposition thereto, and any argument thereon, it is by the Court this ____ day of September, 2006, hereby

**ORDERED** that the Motion is **DENIED**.

**SO ORDERED**.

_____
GLADYS KESSLER
United States District Judge

*Copies to*:

Denise M. Clark
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Room 4840
Washington, D.C. 20530

John O. Iweanoge, Jr., Esquire
Federal District Building Suite 600
1010 Vermont Avenue, N.W.
Washington, D.C. 20005