## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America | : |
| | : |
| v. | : |
| | : Case No.1:06-cr-00201-GK |
| Roberto Montalvo | : |
| | : |
| Defendant | : |

## LINE OF APPEARANCE

Madam Clerk:

      Please enter the appearance of Nikki Lotze as counsel for the defendant in the above-captioned matter.

      Nikki Lotze, Esq.
Roberts & Wood
6801 Kenilworth Avenue, Suite 202
Riverdale, Maryland  20737
(301) 699-0764

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Line of Appearance was mailed, first class, postage prepaid, on October 27, 2006, to:

      Office of the United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530

      Nikki Lotze