UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-201 (GK) |
| v. | : | |
| ROBERTO MONTALVO, | : | VIOLATIONS: 21 U.S.C. §841(a)(1) |
| | : | and §841(b)(1)(B)(iii) |
| Defendant. | : | (Unlawful Distribution of 5 Grams or More |
| | : | of Cocaine Base) |

**FILED**

NOV 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KESSLER, J. GK
A

## SUPERSEDING INFORMATION

The United States Attorney charges that:

### COUNT ONE

On or about November 19, 2004, within the District of Columbia, **ROBERTO MONTALVO** did unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

**(Unlawful Distribution of 5 Grams or More of Cocaine Base**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

JEFFREY A. TAYLOR
United States Attorney
for the District of Columbia

BY: _____
PRECIOUS MURCHISON
Maryland Bar
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W. Room 4840
Washington, D.C. 20530
(202) 307-6080

