AO 455 (Rev. 5/85)  Waiver of Indictment  ⊕

**FILED**

# United States District Court

NOV 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

——————————— DISTRICT OF ———————————

UNITED STATES OF AMERICA

V.                                              **WAIVER OF INDICTMENT**

*Roberto Montalvo*

CASE NUMBER: *06-201*

I, ___*Roberto Montalvo*___, the above named defendant, who is accused of

*Unlawful Distribution of 5 Grams or More
of Cocaine Base - 21 USC 841(a)(1)(B)(iii)*

being advised of the nature of the charge(s). the proposed information. and of my rights. hereby waive

in open court on ___*November 30, 2006*___ prosecution by indictment and consent that the
            Date

proceeding may be by information rather than by indictment.


_____
Defendant

_____
Counsel for Defendant

Before ___*Gladys Kessler*___
            Judicial Officer