UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 06-201 (GK) |
| v. | **FILED** |
| ROBERTO MONTALVO, | NOV 3 0 2006 |
| Defendant. | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## FACTUAL PROFFER IN SUPPORT OF GUILTY PLEA

The United States, by and through its attorney, the United States Attorney for the District of Columbia, and the Defendant hereby submit this Factual Proffer in Support of Guilty Plea. The essential elements of the offense of Unlawful Distribution of 5 Grams or More of Cocaine Base, 21 U.S.C. § 841(a)(1) and 841(b)(1)(B)(iii), each of which the Government must prove beyond a reasonable doubt, are:

1. That the Defendant transferred or attempted to transfer to another person 5 grams or more of a controlled substance (Cocaine Base); and

2. That the Defendant distributed the controlled substance knowingly and intentionally.

Had this matter proceeded to trial, the Government was prepared to prove beyond a reasonable doubt that on November 19, 2004, at approximately 4:00 p.m., a cooperating source who was working with agents from the Bureau of Alcohol, Tobacco, Firearms and Explosives Agency ("ATF") drove to the area of 14th and Shepard Streets, N.W., in the District of Columbia, after arranging to meet the Defendant there in order to purchase a quantity of crack cocaine. The cooperating source arrived on 14th Street, stopped the vehicle near the intersection of Shepard Street, and the Defendant got into the front passenger seat of the vehicle. The cooperating source and the

Defendant engaged in conversation, and the Defendant handed the cooperating source a plastic bag that contained a white, rock-like substance in exchange for $2000.00 in pre-recorded ATF funds. Thereafter, the Defendant exited the vehicle near the corner of 14th and Shepard Streets, N.W., and the cooperating source drove out of the area, and then met with an ATF agent who took custody of the substance that had been purchased from the Defendant. That substance was later submitted to the Drug Enforcement Agency's laboratory where chemical analysis determined that the substance was cocaine base, with a net weight of 60.4 grams. The transaction between the Defendant and the cooperating source was monitored and recorded through the use of an interior audio and video recording device.

The foregoing proffer is a summary of the Defendant's participation in the offense of unlawful ∦distribution of 5 grams or more of cocaine base, and is not intended to be a complete account of all facts and events related to the offense. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support the Defendant's guilty plea in this case.

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. BAR NO. 489-610

BY: _____
PRECIOUS MURCHISON
Assistant United States Attorney
Maryland Bar
U.S. Attorney's Office
555 Fourth Street NW, Room 4840
Washington, DC 20530
(202) 307-6080

## DEFENDANT'S ACCEPTANCE

I have read the Government's Proffer of Evidence setting forth the facts as to my unlawful distribution of 5 grams or more of cocaine base, in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(B)(iii) . I have discussed this proffer fully with my attorney, Nikki U. Lotze, Esquire. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 11-30-06

ROBERTO MONTALVO
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read the government's proffer of evidence as to my client's unlawful distribution of 5 grams or more of cocaine base. I have reviewed the entire proffer with my client and have discussed it with him fully. I acknowledge my client's agreement with and acceptance of this proffer.

Date: 11/30/06

NIKKI U. LOTZE
Counsel for Defendant