UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. 06-201 (GK) |
| ROBERTO MONTALVO, | : **FILED** |
| Defendant. | : NOV 3 0 2006 |
| | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

### ORDER

It is hereby this 30th day of ~~August~~ Nov., 2006,

**ORDERED** that the U. S. Probation Department shall prepare and file a Pre-Sentence Report no later than May 15, 2007, and it is further

**ORDERED** that any sentencing memoranda are to be filed no later than July 16, 2007 by 5:00 p.m., and it is further

**ORDERED** that the defendant shall be sentenced in Courtroom #26 on July 20, 2007 at 4:15pm.

**IT IS SO ORDERED.**

Gladys Kessler
U.S. District Judge