

GEMSTONE, LLC
1010 KENNEDY DRIVE, SUITE 405
KEY WEST, FL 33040
(305) 294-3233
(305) 292-6361 (FAX)

September 6, 2006

FAX: 202-347-7108
     301-871-5350

Judge Gladys Kessler
Federal Distict Court
333 Constitution Avenue
Washington DC 20003

**RE: Roberto Montalvo**

Dear Judge Kessler:

Please be advised that Roberto Montalvo is still an employee in good standing with Gemstone, LLC.

I am aware that Mr. Montalvo has a Federal Case pending against him. If Mr. Montalvo is released, Gemstone, LLC will work with whatever work restrictions are placed upon him. These restrictions will in no way impact his work status with Gemstone, LLC. During this time Mr. Montalvo will be working under my direct supervision.

Please feel free to contact me with any questions or comments. I can be reached at (305)797-1109.

Sincerely,

Robert Eddy
Gemstone, LLC

cc: emp file

Ms. Jackelyn Figueroa
260 S. Reynolds St
Alexandria, VA
(703) 751-0808

August 27, 2006

Subject: Letter of reference for Mr. Roberto Montalvo

To Whom It May Concern;

I am writing on behalf of Mr. Roberto Montalvo, whom I have known for ten years. Roberto is a wonderful husband and provider to his four children. I am writing to implore that you please take into consideration that this is Roberto's first offense and that he is truly a good person whom deserves a second chance.

I currently work as an assistant manager for Carmel Partners and being a hard working person myself I have had the opportunity to see Roberto strive hard to take care of his family and to make something of himself and I would not want to see that success jeopardized. I thank you in advance for taking the time to read my letter and I hope that this letter serves for a good cause.

Sincerely,

*Jackelyn Figueroa*

Jackelyn Figueroa
Assistant Manager

August 25, 2006

Dear Judge Kessler,

My name is Ingrid I. Milton-Peralta. I currently reside at Silver Spring, MD. I work for R.E. Services in Washington, DC. I am writing you this letter in regards to Roberto Montalvo. He is a friend of mine that I have known for 8 years. He is a good friend, husband and father. He has been someone that I could count on many of times. I was currently diagnosed with Lupus and Edema. Roberto took time out from work many of times to take me to and from the doctors. He has been their for my husband and I a lot. I feel Roberto is a well rounded, empathetic and kind hearted person. I hope you take this letter in consideration. Please feel free to call me if you have any other questions at home (301) 445-0822.

Sincerely,

Ingrid I. Milton-Peralta

Dear Judge Kessler,

My name is Edwin Ramon Peralta Sr. I have known Mr. Roberto Montalvo for about 14 years. Roberto is a well rounded person and a good friend. Roberto and I attended junior high and high school together; my family considers him a very hardworking individual. Roberto has helped me in many ways; when I needed him for advice he was there for me. When wife needed to go to the doctors he was there for us. He would not just do that for me but he would do that for any of his friends. Now I am 28 years old and work for a management company as a maintenance technician in a lot of ways Roberto helped me achieve my goals with his advice and with that I am a better and productive person. Please take this letter into consideration when you make your decision. Please feel free to contact me if you have any further questions (301)445-0822.

Sincerely,

*Edwin Peralta*

Edwin R. Peralta

Michelle L. Webster
2443 Hidden Valley Lane
Silver Spring, MD 20904

August 24, 2006

Re: Roberto Montalvo

To Whom It May Concern:

I have had the good fortune of becoming friends with Roberto Montalvo over the past two years. I have watched him interact with his wife and children, extended family, friends, and neighbors. The man that I know is a hardworking, wonderful and caring father, husband and friend. He is always willing to help you or your family in any way he can.

It is my belief that Roberto is an outstanding father and husband. His children would suffer a great loss if they were not able to have him as an active role model and source of financial support in their everyday life. It is my hope and prayer that you take this into consideration during your decision making. I know that I personally will feel a great sense of loss if he is not able to interact with my family and me.

Yours truly,

Michelle L. Webster

I am writting this letter in reguards to my good friend Roberto Montalvo. He has been my friend for about 6 years now and I wanted to take the time to write this letter to tell you a little about him. I think that Mr. Montalvo is a good person and father to his children. I think he is a hard working man that helps provides for his family and I don't think he posses a danger to the community. He is my son godfather and I will trust him with or around my family at all times because I have never seen Mr. Montalvo as a bad person or in any other kind of way. I hope you take in consideration my words and thank you Judge kessler for your time.

Sincerely,
Petrona Trejo

*Petrona Trejo*

59 Farragut Place NW
Washington, DC 20011
202-726-0598

Thursday August 24, 2006

Florence Martinez
Staff Assistant
202-418-0070

Dear Honorable Judge Gladys Kessler,

I am writing on Mr. Roberto Montalvo. I have known him for a total of approximately four (4) years. I first met Mr. Montalvo at a family gathering. To me he is a very respectful devoted person to his family. I have known him to be a hard worker and a humble person, which leads me to a great shock to the reason of me writing this letter. I ask that you take my words into consideration, because he is well deserving of my truthful words of kindness.

Thank you for taking the time to read my thoughts on Mr. Montalvo.

Yours truly,

*Florence Martinez*

Florence Martinez

To Whom it may concern:

I have had the pleasure to meet Mr. Montalvo and his family. I have known them for 5 years and the years that I have known them, Mr. Montalvo has always been very family orientated. He is an outstanding father and husband. He has 4 children that look up to him not only as a father, but as a friend, someone that they can count on.

Helping his wife Mrs. Montalvo with all 4 children since he has been gone has been hard and having his children ask for him everyday is even harder. The children are use to eating dinner and spending time with Mr. Montalvo before going to sleep. I have a 20 months old son and he has no father figure, My son looks at Mr. Montalvo as a father.

So with these words, I hope consideration is taken on his behalf. Thank you for your time in reading this letter and have a blessed day!

Respectfully,
Leslie S. Cruz

8/23/06

Judge Gladys Kessler

Dear Judge:

This letter is to ask you with all the respect that you deserve, to give to mysor, Roberto Mendale the opportunity to remain to be a good parent for his family and the society. He has been a good son and the is a alleged father and husband.

He is a 3 year old kid and 3 more kids because of the absence of their daddy.

Please Madame, I beseech you that the bottom of my heart that my son be the opportunity to come back home with his children and the rest of the family.

I am pretty sure that he will follow

I am Roberto Montalvo's daughter. I am Johnathan Lopez is missing him with all my heart and wishing for him to be here with his family. And we all miss having family dinners together. Every day I come home from school and if I need help with homework he is there for me and breaks it down so I understand it. My brothers and sister and I including my mother miss him so much. All we want is for a loving husband and father to come back home. All I am asking is for another chance for my dad to come home to our family.

Thank you

Dear Honorable Judge Kessler,

August 29, 2006

My name is Maria I. Montalvo, and I writing to you on behalf of my husband, Roberto Montalvo. He will be coming before you on August 30th 2006. This my first letter to you and hopefully the last. I want to thank you in advance for taking your time to read my humble words and I appreciate your consideration and time spent.

Your honor, I would like to tell you a couple of things about the most important man in my life. Next to my two boys of course, he is just a number on our docket but to me, his kids and his friends his a very important part of our life, a part that is missing at the moment and it's really hurting us inside. I am not going to tell you how perfect he is because I am sure no one is, but your honor his been a part of my life for 5 years now and they have been wonderful. He came from a real sad and lonely life to bring a wonderful father to my four (4) children three of which are not biological but you cannot tell my children that they consider him a wonderful role model, friend and father. To tell you my six year old tells me no all he wants to do is hug him and tell him how much

he misses him. My four year old just keeps asking when is daddy coming home and it kills me not to be able to give her (sasha) an answer. My three year old well his too young to know whats going on but not too young to tell me how much he misses him.

Your honor as far as me well, all I can tell you is that his a very hard working man that use to get up at 4am sometimes 5:30 to be out of the house and on his way to work, so he could be there by 7:00 which was still 1/2 hour early so he could get started on his daily task, So that I could stay at home taking care of the younger kids and work from home (I'm a part time Realtor.) The last couple of years have been really challenging for us I had a horrible miscarriage that turned into an emergency surgury, I was diagnose with cervical cancer and my best Friend we just found out has lupus and Edema, through out all these challenges his been my backbone holding my hand rubbing my back telling me it will be okay we will make it thru, God as my witness I would have lost it not I had him. Now your honor we are faced with the challenge before us and I would ask you from the bottom of my heart to give him just one more chance to prove to you what a good and changed person he is, just one... a chance

that a good man deserves so that you may allow him to spend with his friends and family. Your honor I promise you if you take it upon yourself to give him just one more final chance he will not let you down. Your honor please give him a chance to make right his mistakes while being a productive member of society which he has been for a couple of years and a father to his children and a wonderful husband to me.

Your honor the charge my husband has hanging over his head is from 2004 and I am not making excuses for him but I am asking just for a chance for you to see him as the man we all know him to be. We all just wish he could be a part of our lives again.

I would like to thank you once again, for your time. I would love a chance to meet with you so I could express myself to you with all honesty. Thank you and I hope my letter is taken into consideration while making your decison.

Sincerely,
Maria I. Montalvo.

Honorable Judge

Hi, I'm [name], I'm writing on behalf of Robert [?] to my understanding he's looking at jail for misunderstanding, I feel that he shouldn't be punished for those long periods of time. However Robert has been a good man for as long as I've known. He's always been a totally loving and caring, especially his wife and kids, his kids deserve and need to be with both there parents. They love him dearly, we all love him and need him to be at home because without him things aren't the same. The days are quieter, there's no laughter, happiness, it's upsetting because he's not a dangerous man to society, family or his peers. He works to take good care for his family, he's a person and he's no harm to anyone. I've seen having him around