IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| v. | : | **Criminal No.: 06-201 (GK)** |
| **Roberto Montalvo** | : | |

UNOPPOSED MOTION TO CONTINUE SENTENCING

Roberto Montalvo, through undersigned counsel, respectfully moves this Court, to continue the sentencing in this case. In support of this motion counsel states the following:

1. Sentencing in this case is scheduled for October 18, 2007 at 4:15 p.m.

2. Undersigned counsel is currently in trial in the Superior Court of the District of Columbia in the case of United States vs. Angelena Culmer, 2006 CF3 21971, before Judge Dixon.

3. Counsel has spoken with AUSA, Precious Murchison, who indicates she does not oppose the instant request.

4. Both counsel are available in the afternoon on either 11/5, 11/6, 11/8, 11/13, 11/14, 11/15 or 11/16.

WHEREFORE, the defendant requests that this Honorable Court continue the sentencing in the captioned case.

Respectfully submitted,

/s/
_____
Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue, #202
Riverdale, MD 20737
(301) 699-0764

CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing was mailed, postage prepaid, this _____ day of _____, 2007 to: Precious Murchsion, Office of the United States Attorney, 555 Fourth Street, NW, Washington, D.C. 20530.

           _____/s/_____
           Nikki Lotze