IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES** | : |
| v. | :     Criminal No.: 06-201 (GK) |
| **Roberto Montalvo** | : |

**PROPOSED ORDER**

UPON CONSIDERATION of the Defendant's Motion to Continue, it is this _____ day of _____ 2007, hereby

ORDERED that the Motion is GRANTED and the sentencing currently set for October 18, 2007 is hereby continued to _____.

_____
JUDGE KESSLER

cc:    Nikki Lotze
Roberts & Wood
6801 Kenilworth Avenue
Suite 202
Riverdale, MD 20737

AUSA Precious Murchison
Office of the United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530