IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 1 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES             :

v.                        :    Criminal No.: 06-201 (GK)

Roberto Montalvo          :

## PROPOSED ORDER

UPON CONSIDERATION of the Defendant's Motion to Continue, it is this 15th day of October 2007, hereby

ORDERED that the Motion is GRANTED and the sentencing currently set for October 18, 2007 is hereby continued to Nov. 6, 2007 at 3:30 p.m.

_____
JUDGE KESSLER

cc:   Nikki Lotze
      Roberts & Wood
      6801 Kenilworth Avenue
      Suite 202
      Riverdale, MD 20737

      AUSA Precious Murchison
      Office of the United States Attorney
      555 Fourth Street, NW
      Washington, D.C. 20530