HONORABLE GLADYS KESSLER, UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>06-CR-201</u> |
|---|---|---|
| vs. | : | |
| MONTALVO, Roberto | : | Disclosure Date: <u>February 13, 2007</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

### For the Government

(CHECK APPROPRIATE BOX)
 (✓) There are no material/factual inaccuracies therein.
 ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____     3-2-2007
Prosecuting Attorney                  Date

### For the Defendant

(CHECK APPROPRIATE BOX)
 (✗) There are no material/factual inaccuracies therein.
 ( ) There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____ 3/4/07         _____ on behalf of
Defendant    Date         Defense Counsel    Date
                          Nikki Lotze

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by **February 27, 2007**, to U.S. Probation Officer **Kelli Cave**, telephone number <u>(202) 565-1357</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:  Gennine A. Hagar, Chief
     United States Probation Officer